UNITED STATES DISTRICT COURT
for the
Central District of Illinois

UNITED STATES OF AMERICA

    vs.                                                Case No.  16-20044

EDWIN J. GIRE

GRAYSON ENTERPRISES, INC.

## REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY

The United States of America and the Defendant having both filed a written consent, appeared before me pursuant to Rule 11, Fed. R. Crim. P. and CDIL Rule 72.1(A)(24).  The Defendant entered pleas of guilty to Counts 8, 9 and 10 of the Indictment.  After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty pleas is knowing and voluntary as to each count, and that the offense(s) charged are supported by an independent factual basis containing each of the essential elements of such offense(s).  I therefore recommend that the plea(s) of guilty be accepted, that a pre-sentence investigation and report be prepared, and that the Defendant be adjudged guilty and have sentence imposed accordingly.

10/20/2017                                                                     s\ Tom Schanzle-Haskins
Date                                                                            TOM SCHANZLE-HASKINS
                                                                                   UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service, being the Court's electronic service, shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge.  28 U.S.C. 636(b)(1)(B).