IN THE UNITED STATES DISTRICT COURT
OF THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 16-cr-20044 |
| EDWIN J. GIRE and GRAYSON | ) |
| ENTERPRISES, INC. d/b/a GIRE | ) |
| ROOFING, | ) |
| | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW AS COUNSEL AND
## MOTION FOR EXTENSION OF TIME TO FILE POST-TRIAL MOTIONS

The law firm Loeb & Loeb LLP, and specifically attorneys Andrew R. DeVooght, John Cotiguala, and Nina Ruvinsky, hereby file this motion to withdraw as counsel for Defendants in the above captioned case, and also seek an extension of time for Defendants to file post-trial motions through the substitute counsel of their choosing, up to and including March 7, 2018. In support of this motion, Loeb & Loeb states as follows:

1.      On January 31, 2018, following a bench trial in this case, the Court returned a verdict of guilty on all counts against the Defendants. In subsequent conversations between Defendants and undersigned counsel, Defendants expressed their desire to find additional or alternative counsel to pursue post-trial relief.

2.      At Defendants' request, on February 9, 2018, undersigned counsel contacted counsel for the United States to obtain their consent to an extension for Defendants to file any post-trial motions and/or to request a hearing on the matter of forfeiture. Counsel for the United

1

States, specifically Assistant United States Attorney Eugene Miller, has indicated his consent to such an extension.

3. In subsequent conversations between Defendants and undersigned counsel, Defendants indicated that they are retaining new counsel, whom they intend to substitute as their sole counsel in this case.

4. Accordingly, in accordance with the express wishes of Defendants, undersigned counsel is filing the instant motion seeking to withdraw as counsel for Defendants in this case.

5. Undersigned counsel also seeks an extension for Defendants to file any post-trial motions and/or to request a hearing on the matter of forfeiture in this case, up to and including March 7, 2018, as substitute counsel will require some time to familiarize himself with the case and counsel his clients with respect to next steps.

6. No parties will not be prejudiced by the requested extension of time, as sentencing in this matter is set for June 4, 2018, nearly four months from the date of this motion.

WHEREFORE undersigned counsel respectfully moves this Court to grant this motion to withdraw as counsel of record for Defendants, and to extend Defendant's deadlines to file any post-trial motions and/or to request a hearing on the matter of forfeiture up to and including March 7, 2018.

Dated: February 13, 2018                     Respectfully submitted,

                                             By:  /s/ Andrew R. DeVooght
                                                  Andrew R. DeVooght
                                                  John Cotiguala
                                                  Nina Ruvinsky
                                                  Loeb & Loeb LLP
                                                  321 North Clark Street
                                                  Suite 2300
                                                  Chicago, Illinois 60654
                                                  Telephone: (312) 464-3100

Facsimile: (312) 464-3111
adevooght@loeb.com
jcotiguala@loeb.com
nruvinsky@loeb.com

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document has been served on all counsel of record via the Court's Case Management/Electronic Case Filing and/or electronic mail on February 13, 2018.

                                                      By:  /s/ Andrew R. DeVooght
                                                           Andrew R. DeVooght

15722352.1
922222-13166