E-FILED
Thursday, 31 May, 2018  09:10:23 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT
SPRINGFIELD, ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.16-CR-20044 |
| | ) | |
| GRAYSON ENTERPRISES, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO CONTINUE SENTENCING HEARING**

Now comes  the Defendant, GRAYSON ENTERPRISES, by its attorney, D. Peter Wise of Gates, Wise Schlosser & Goebel and moves this Honorable Court to continue the Pretrial and Trial in this case and as grounds for said motion states as follows:

1.      A sentencing hearing is scheduled for June 13, 2018 at 3:00 p.m.

2.      Counsel for the Defense needs more time to review discovery.

3.      Assistant United State's Attorney, Eugene Miller, has no objection to the Motion to Continue.

4.      The ends of justice served by granting the continuance outweigh the best interest of the Defendant and the public in a speedy trial. 18 U.S.C. § 3161 (h)(7)(A).

Wherefore, the Defendant, GRAYSON ENTERPRISES, prays this Honorable Court enter an Order continuing the pretrial and trial in the above captioned case.

Respectfully submitted,
Grayson Enterprises- Defendant

1

Case No: 16-CR-20044

**s/ D. Peter Wise**

D. Peter Wise, Bar Number: 6187876
Gates, Wise & Schlosser, P.C.
1231 South Eighth Street
Springfield, IL. 62703
Telephone:  217/522-9010
Fax: 217/522-9020
E-Mail:  peter@gwspc.com

Case No: 16-CR-20044

**CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2018, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

Eugene Miller
Assistant United State's Attorney
201 South Vine Street
Urbana, IL 61802

J. Steven Beckett
Beckett Law Office, P.C.
508 South Broadway
Urbana, IL 61801


and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:


**s/ D. Peter Wise**
D. Peter Wise, Bar Number: 6187876
Gates, Wise & Schlosser, P.C.
1231 South Eighth Street
Springfield, IL. 62703
Telephone:  217/522-9010
Fax: 217/522-9020
E-Mail:  peter@gwspc.com

3