IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT
SPRINGFIELD, ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.16-CR-20044 |
| ) | |
| GRAYSON ENTERPRISES, ) | |
| ) | |
| Defendant. ) | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

Now comes the Defendant, GRAYSON ENTERPRISES, by its attorney, D. Peter Wise of Gates, Wise Schlosser & Goebel and moves this Honorable Court to continue the sentencing hearing in the above captioned matter and as grounds for said motion states as follows:

1. This case is set for a sentencing hearing on August 20, 2018 at 2:00 p.m.

2. Undersigned counsel for Grayson Enterprises entered his appearance in this case on May 11, 2018.

3. Undersigned counsel has obtained a transcript of the trial which is approximately 1300 pages and is in the process of reviewing the transcript to prepare for the sentencing hearing.

4. Counsel for Grayson Enterprises is also reviewing the many exhibits that were introduced at trial.

5. Counsel for Grayson Enterprises needs additional time to finish his review

of these documents.

6. Additionally, on the day of the sentencing hearing counsel for Grayson Enterprises will be traveling to Austin, Texas to the University of Texas with his son to help put together a new apartment.

7. Counsel for Grayson Enterprises has discussed the sentencing hearing with Assistant United State's Attorney, Eugene Miller.

8. Counsel for Grayson Enterprises seeks an opportunity to attempt to resolve sentencing issues with the government prior to a sentencing hearing.

9. Assistant United State's Attorney, Eugene Miller agreed that would be a useful course of action.

10. Assistant United State's Attorney, Eugene Miller has no objection to a three week continuance of the sentencing hearing in this case.

11. Counsel for Grayson Enterprises discussed the continuance with Steven Beckett, attorney for Edwin Gire. Mr. Beckett has no objection to a three week continuance.

12. The parties are asking this court for a new date for sentencing the week of September 10, 2018 but not September 10th or September 14th because Steven Beckett, counsel for Edwin Gire, has a one day trial on September 10th and Mr. Beckett is conducting a seminar on digital evidence on September 14th.

Wherefore, the Defendant, GRAYSON ENTERPRISES, moves this Honorable Court to continue the sentencing hearing in the above captioned case.

Respectfully submitted,

        Grayson Enterprises- Defendant

        **s/ D. Peter Wise**

D. Peter Wise, Bar Number: 6187876
Gates, Wise & Schlosser, P.C.
1231 South Eighth Street
Springfield, IL. 62703
Telephone: 217/522-9010
Fax: 217/522-9020
E-Mail: peter@gwspc.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2018, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

Eugene Miller
Assistant United State's Attorney
201 South Vine Street
Urbana, IL 61802

J. Steven Beckett
Beckett Law Office, P.C.
508 South Broadway
Urbana, IL 61801


and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:



**s/ D. Peter Wise**
D. Peter Wise, Bar Number: 6187876
Gates, Wise & Schlosser, P.C.
1231 South Eighth Street
Springfield, IL. 62703
Telephone:  217/522-9010
Fax: 217/522-9020
E-Mail:  peter@gwspc.com