

# PTAX-203
## Illinois Real Estate Transfer Declaration

Please read the instructions before completing this form.
This form can be completed electronically at tax.illinois.gov/retd.

County: ___
Date: ___
Doc. No.: ___
Vol.: ___
Page: ___
Received by: ___

2015R21301
REC ON: 11/04/2015 10:10:16 AM
CHAMPAIGN COUNTY
BARBARA A. FRASCA, RECORDER
REC FEE: 44.00
RHSPS Fee: 9.00
REV FEE: 4650.00
PAGES 2
PLAT ACT: 0 PLAT PAGE:

### Step 1: Identify the property and sale information.

1. 309 W HENSLEY ROAD
   Street address of property (or 911 address, if available)
   CHAMPAIGN   61822
   City or village   ZIP
   HENSLEY
   Township

2. Write the total number of parcels to be transferred. __1__

3. Write the parcel identifying numbers and lot sizes or acreage.
   Property index number (PIN)   Lot size or acreage
   a. 12-14-24-100-008   APX. 6.0 ACRES
   b. ___
   c. ___
   d. ___
   Write additional property index numbers, lot sizes or acreage in Step 3.

4. Date of Instrument: 1 1 / 2 0 1 5
   Month    Year

5. Type of instrument (Mark with an "X."):  _X_ Warranty deed
   ___ Quit claim deed  ___ Executor deed  ___ Trustee deed
   ___ Beneficial interest  ___ Other (specify): ___

6. ___ Yes  _X_ No  Will the property be the buyer's principal residence?

7. ___ Yes  _X_ No  Was the property advertised for sale?
   (i.e., media, sign, newspaper, realtor)

8. Identify the property's current and intended primary use.
   Current  Intended   (Mark only one item per column with an "X.")
   a. ___  ___  Land/lot only
   b. ___  ___  Residence (single-family, condominium, townhome, or duplex)
   c. ___  ___  Mobile home residence
   d. ___  ___  Apartment building (6 units or less) No. of units: ___
   e. ___  ___  Apartment building (over 6 units) No. of units: ___
   f. ___  ___  Office
   g. ___  ___  Retail establishment
   h. _X_  _X_  Commercial building (specify): TRUCK CENTER
   i. ___  ___  Industrial building  TRUCK CENTER
   j. ___  ___  Farm
   k. ___  ___  Other (specify): ___

9. Identify any significant physical changes in the property since January 1 of the previous year and write the date of the change.
   Date of significant change: ___ / ___
   Month   Year
   (Mark with an "X.")
   ___ Demolition/damage  ___ Additions  ___ Major remodeling
   ___ New construction  ___ Other (specify): ___

10. Identify only the items that apply to this sale. (Mark with an "X.")
    a. ___ Fulfillment of installment contract —
       year contract initiated: ___
    b. ___ Sale between related individuals or corporate affiliates
    c. ___ Transfer of less than 100 percent interest
    d. ___ Court-ordered sale
    e. ___ Sale in lieu of foreclosure
    f. ___ Condemnation
    g. ___ Short sale
    h. ___ Bank REO (real estate owned)
    i. ___ Auction sale
    j. ___ Seller/buyer is a relocation company
    k. ___ Seller/buyer is a financial institution or government agency
    l. ___ Buyer is a real estate investment trust
    m. ___ Buyer is a pension fund
    n. ___ Buyer is an adjacent property owner
    o. ___ Buyer is exercising an option to purchase
    p. ___ Trade of property (simultaneous)
    q. ___ Sale-leaseback
    r. ___ Other (specify): ___
    s. ___ Homestead exemptions on most recent tax bill:
       1 General/Alternative   $ 0.00
       2 Senior Citizens   $ 0.00
       3 Senior Citizens Assessment Freeze $ 0.00

### Step 2: Calculate the amount of transfer tax due.

Note: Round Lines 11 through 18 to the next highest whole dollar. If the amount on Line 11 is over $1 million and the property's current use on Line 8 above is marked "e," "f," "g," "h," "i," or "k," complete Form PTAX-203-A, Illinois Real Estate Transfer Declaration Supplemental Form A. If you are recording a beneficial interest transfer, do not complete this step. Complete Form PTAX-203-B, Illinois Real Estate Transfer Declaration Supplemental Form B.

| Line | Description | Amount |
|---|---|---|
| 11 | Full actual consideration | $ 3,100,000.00 |
| 12a | Amount of personal property included in the purchase | $ 0.00 |
| 12b | Was the value of a mobile home included on Line 12a? | ___ Yes _X_ No |
| 13 | Subtract Line 12a from Line 11. This is the net consideration for real property. | $ 3,100,000.00 |
| 14 | Amount for other real property transferred to the seller (in a simultaneous exchange) as part of the full actual consideration on Line 11 | $ 0.00 |
| 15 | Outstanding mortgage amount to which the transferred real property remains subject | $ 0.00 |
| 16 | If this transfer is exempt, use an "X" to identify the provision. | b ___ k ___ m |
| 17 | Subtract Lines 14 and 15 from Line 13. This is the net consideration subject to transfer tax. | $ 3,100,000.00 |
| 18 | Divide Line 17 by 500. Round the result to the next highest whole number (e.g., 61.002 rounds to 62). | 6,200.00 |
| 19 | Illinois tax stamps — multiply Line 18 by 0.50. | $ 3,100.00 |
| 20 | County tax stamps — multiply Line 18 by 0.25. | $ 1,550.00 |
| 21 | Add Lines 19 and 20. This is the total amount of transfer tax due. | $ 4,650.00 |

This form is authorized in accordance with 35 ILCS 200/31-1 et seq. Disclosure of this information is REQUIRED. This form has been approved by the Forms Management Center.   IL-492-0227

PTAX-203 (R-9/10)

## Step 3: Write the legal description from the deed.
Write, type (minimum 10-point font required), or attach the legal description from the deed. If you prefer, submit an 8½" x 11" copy of the extended legal description with this form. You may also use the space below to write additional property index numbers, lots sizes or acreage from Step 1, Line 3.

PART OF THE NORTHEAST QUARTER OF THE NORTHWEST QUARTER OF SECTION 24, TOWNSHIP 20 NORTH, RANGE 8 EAST OF THE THIRD PRINCIPAL MERIDIAN, MORE PARTICULARLY DESCRIBED AS FOLLOWS: BEGINNING AT THE INTERSECTION OF THE NORTH LINE OF SAID SECTION 24 AND THE CENTERLINE OF THE HENSLEY DRAINAGE DITCH; THENCE SOUTH 89 DEGREES 13 MINUTES 36 SECONDS EAST 715.91 FEET ALONG THE NORTH LINE OF SAID SECTION 24; THENCE SOUTH 00 DEGREES 46 MINUTES 24 SECONDS WEST 328.77 FEET ALONG A LINE PERPENDICULAR TO THE NORTH LINE OF SAID SECTION 24; THENCE SOUTH 35 DEGREES 01 MINUTES 36 SECONDS WEST 279.04 FEET TO A POINT LYING ON THE CENTERLINE OF SAID HENSLEY DRAINAGE DITCH; THENCE NORTHWESTERLY APPROXIMATELY 810 FEET ALONG THE CENTERLINE OF SAID HENSLEY DRAINAGE DITCH TO THE POINT OF BEGINNING, IN CHAMPAIGN COUNTY, ILLINOIS.

## Step 4: Complete the requested information.
The buyer and seller (or their agents) hereby verify that to the best of their knowledge and belief, the full actual consideration and facts stated in this declaration are true and correct. If this transaction involves any real estate located in Cook County, the buyer and seller (or their agents) hereby verify that to the best of their knowledge, the name of the buyer shown on the deed or assignment of beneficial interest in a land trust is either a natural person, an Illinois corporation or foreign corporation authorized to do business or acquire and hold title to real estate in Illinois, a partnership authorized to do business or acquire and hold title to real estate in Illinois, or other entity recognized as a person and authorized to do business or acquire and hold title to real estate under the laws of the State of Illinois. Any person who willfully falsifies or omits any information required in this declaration shall be guilty of a Class B misdemeanor for the first offense and a Class A misdemeanor for subsequent offenses. Any person who knowingly submits a false statement concerning the identity of a grantee shall be guilty of a Class C misdemeanor for the first offense and of a Class A misdemeanor for subsequent offenses.

### Seller Information (Please print.)
QUICK LEASING INC., BY KIMBERLY YOUNG
Seller's or trustee's name

Seller's trust number (if applicable - not an SSN or FEIN)

2 CR 1800 N
Street address (after sale)

SEYMOUR    IL   61875
City       State  ZIP

Kimberly Young, President
Seller's or agent's signature

( 217 ) 841-1987   Ext.
Seller's daytime phone

### Buyer Information (Please print.)
RUSH TRUCK CENTERS OF ILLINOIS, INC.
Buyer's or trustee's name

Buyer's trust number (if applicable - not an SSN or FEIN)

309 W HENSLEY ROAD
Street address (after sale)

CHAMPAIGN   IL   61822
City        State ZIP

Buyer's or agent's signature

( 830 ) 302-5200   Ext.
Buyer's daytime phone

Mail tax bill to:
RUSH TRUCK CENTERS OF ILL   309 W HENSLEY ROAD
Name or company             Street address

CHAMPAIGN   IL   61822
City        State ZIP

### Preparer Information (Please print.)
CHARLES B. HOLDER
Preparer's and company's name

Preparer's file number (if applicable)

2504 GALEN DR STE 105
Street address

CHAMPAIGN   IL   61821
City        State ZIP

Preparer's signature

( 217 ) 398-4013   Ext.
Preparer's daytime phone

cholder@dehcpatax.com
Preparer's e-mail address (if available)

Identify any required documents submitted with this form. (Mark with an "X.")  ___ Extended legal description   X  Form PTAX-203-A
___ Itemized list of personal property   ___ Form PTAX-203-B

### To be completed by the Chief County Assessment Officer

1  0 1 0  0 3 7  C
   County  Township  Class  Cook-Minor  Code 1  Code 2

2  Board of Review's final assessed value for the assessment year prior to the year of sale.
   Land        53,250
   Buildings  342,690
   Total      395,940

3  Year prior to sale  2 0 1 4
4  Does the sale involve a mobile home assessed as real estate?  ___ Yes  X No
5  Comments

### Illinois Department of Revenue Use

### Tab number