# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

April 12, 2019

*Before*

**FRANK H. EASTERBROOK,** *Circuit Judge*

| | |
|---|---|
| Nos. 19-1284 & 19-1367 | UNITED STATES OF AMERICA, Plaintiff - Appellee<br><br>v.<br><br>EDWIN J. GIRE and GRAYSON ENTERPRISES, INC., doing business as GIRE ROOFING, a corporation, Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 2:16-cr-20044<br>Central District of Illinois<br>District Judge Sue E. Myerscough | |

The following are before the court:

1. **APPELLANT EDWIN GIRE'S MOTION TO STAY SENTENCING APPEAL PENDING DISTRICT COURT'S RESOLUTION OF HIS § 2255 MOTION TO VACATE**, filed on March 25, 2019, by Attorney Martin Weinberg.

2. **RESPONSE TO DEFENDANT -APPELLANT'S MOTION TO STAY SENTENCING APPEAL**, filed on April 3, 2019, by counsel for the appellee.

3. **APPELLANT EDWIN GIRE'S REPLY TO GOVERNMENT'S RESPONSE TO HIS MOTION TO STAY SENTENCING APPEAL**, filed on April 3, 2019, by Attorney Martin Weinberg.

**IT IS ORDERED** that the motion to stay proceedings is **DENIED**. Briefing shall proceed as follows:

1. The appellants shall file their respective briefs and required short appendices on or before April 26, 2019.

Nos. 19-1284 & 19-1367                                                                                           Page 2

2.  The appellee shall file its consolidated brief on or before May 28, 2019.

3.  The appellants shall file their respective reply briefs, if any, on or before June 18, 2019.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals are scheduled after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your appeal might be scheduled, please write the clerk advising him of the time period and the reason for your unavailability.  The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once an appeal has been scheduled for oral argument, it is very difficult to have the date changed. See Cir. R. 34(e).

form name: **c7_Order_3J**(form ID: **177**)